# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**STEWART L. GILBERT**  **PETITIONER**
**ADC #121590**

**VS.**  **NO. 5:15CV00373-JLH-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE